```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
        vs.                          )    No. 4:07CR656-DJS
                                     )
AVERY WEST and KIMBERLY WEST,        )
                                     )
                Defendants.          )


## ORDER

Upon careful consideration of the May 16, 2008, report and recommendation of the United States Magistrate Judge [Doc. #182], and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's May 16, 2008, report and recommendation [Doc. #182] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant Avery West's motion to suppress the contents of any and all electronic surveillance [Doc #113] is denied.

**IT IS FURTHER ORDERED** that defendant Kimberly West's motion to suppress the fruits of illegal electronic and other surveillance [Doc #118] is denied.

Dated this ___6th___ day of June, 2008.

                                /s/Donald J. Stohr
                                UNITED STATES DISTRICT JUDGE